

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,531

### EX PARTE TYRONE ISAAC EDWARDS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 98-884-C IN THE 54TH DISTRICT COURT
### FROM MCLENNAN COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to sixty years' imprisonment. The Tenth Court of Appeals affirmed his conviction. *Edwards v. State*, No. 10-99-00251-CR (Tex. App.–Waco Dec. 27, 2010) (unpublished).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel did not file a petition for discretionary review after telling Applicant that he would. The habeas record includes letters from appellate counsel, one of which admits that counsel did not file a petition

for discretionary review after telling Applicant that he would. Applicant has also attached one page of an affidavit executed by appellate counsel in which he states that he did not file a petition for discretionary review "through inadvertence." The State did not file an answer to Applicant's writ application or contest the authenticity of Applicant's exhibits.

Based on the habeas record, Applicant was entitled to petition this Court for discretionary review and was deprived of the opportunity through no fault of his own. We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Tenth Court of Appeals in Cause No. 10-99-00251-CR that affirmed his conviction in Case No. 98-884-C from the 54th Judicial District Court of McLennan County.  Applicant shall file his petition for discretionary review with the Tenth Court of Appeals within 30 days of the date on which this Court's mandate issues.


Delivered: April 6, 2011
Do not publish